UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AM RESEARCH GROUP, LLC,<br>    *Plaintiff,*<br><br>vs.<br><br>EXPERT E&P CONSULTANTS, LLC, EXPERT OIL & GAS, LLC, EXPERT RISER SOLUTIONS, LLC, LANDING STRING SOLUTIONS, LLC, AND VERACITY MACHINE, LLC,<br>    *Defendants.* | Civil Action No. 2:17-cv-8280<br><br>**Jury Trial Demanded**<br><br>Hon. Judge Lemmon (Section S)<br>Hon. Mag. Judge North (Mag. Div. 5) |

**JOINT MOTION TO DISMISS WITH PREJUDICE BASED ON THE PARTIES' SETTLEMENT AGREEMENT**

Plaintiff AM Research Group, LLC ("AMRG") and Defendants Expert E&P Consultants, LLC, Expert Oil & Gas, LLC, Expert Riser Solutions, LLC, Landing String Solutions, LLC, and Veracity Machine, LLC jointly file this their Joint Motion to Dismiss with Prejudice Based on the Parties' Settlement Agreement. In support, Parties respectfully show as follows:

Parties have fully and finally settled this lawsuit, and all claims and counterclaims (known or unknown, pled or unpled) between each other relating to United States Patent No. 6,435,775 and the subjects of this lawsuit, by entering into a binding Settlement Agreement. Based on this Settlement Agreement, there is no need for this case to continue. Parties respectfully move the Court to dismiss this case with prejudice.

Each Party has agreed to bear its own attorneys' fees, expenses, and costs.

A proposed order for dismissal is enclosed.

Date:  August 2, 2018                    Respectfully submitted,


/s/Bradford T. Laney
Bradford T. Laney
1800 Augusta Drive, Suite 300
Houston, TX 77057
713-429-8050 (telephone)
713-429-8045 (facsimile)
Email: blaney@amrgco.com

Barry H. Grodsky, Bar Roll No. 1388
Donald J. Miester Jr., Bar Roll No. 20294
1100 Poydras Street, Suite 2100
New Orleans, Louisiana 70163-2100
Telephone: (504) 599-8500
Telecopier: (504) 599-8501
bgrodsky@taggartmorton.com
dmiester@taggartmorton.com


**GENERAL COUNSEL FOR PLAINTIFF AM RESEARCH GROUP, LLC**


/s/ Robert L. Waddell
Robert L. Waddell (#23586) T.A.
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Tel.:   (337) 593-7600
Fax:   (337) 593-7601
Email: rwaddell@joneswalker.com

Michael K. Leachman (#30158)
JONES WALKER LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Tel.:   (225) 248-2420
Fax:   (225) 248-3120
Email: mleachman@joneswalker.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he served opposing counsel with this Motion through the Court's ECF/PACER filing system.

            _/s/ Bradford T. Laney_
            **Bradford T. Laney**